pARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Symbion Power, LLC | ) ASBCA No. 59058 |
| | ) |
| Under Contract No. W91GXY-06-C-0003 | ) |

APPEARANCE FOR THE APPELLANT:     Timothy A. Diemand, Esq.
                                                                    Wiggin and Dana LLP
                                                                    Hartford, CT

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                                                            Army Chief Trial Attorney
                                                                            MAJ Stephen P. Smith, JA
                                                                            Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 5, 2019

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59058, Appeal of Symbion Power, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals